```
 1  EILEEN DECKER
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    BETH MAXWELL STRATTON (Cal. Bar No. 138049)
 4  Assistant United States Attorney
    Federal Building, Suite 7516
 5  300 North Los Angeles Street
    Los Angeles, California 90012
 6  Telephone: (213) 894-6828
    Facsimile:  (213) 894-7819
 7  E-mail:  Beth.Stratton@usdoj.gov
 8
    Attorneys for Defendant United States of America
 9  (substituted for Eric Downard),
    Bureau of Land Management, and
10  U.S. Department of the Interior
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SANDRA CASTELLANOS and MARIO CASTELLANOS,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, a federal government entity; UNITED STATES DEPARTMENT OF THE INTERIOR, a federal government entity; ERIC DOWNARD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 14-74-JGB-(SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties, having filed a Stipulation for Compromise Settlement and Release, and Stipulation for Voluntary Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiffs' action is dismissed with prejudice; and
2. Each party shall bear their own costs of suit and fees.

Dated:  July 9, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1